AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>**404 Dorado Court SE, Apartment #D<br>Albuquerque, New Mexico 87123** | )<br>)<br>) Case No. MR 24-648<br>)<br>)<br>) |

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___**New Mexico**___
*(identify the person or describe the property to be searched and give its location)*:

A residence more fully described in Attachment A, which is attached and fully incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached and fully incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ___**April 22, 2024**___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___**John F. Robbenhaar**___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   **04/09/2024 2:00 pm**                                  *[signed] John F. Robbenhaar*
                                                                                                                *Judge's signature*

City and state:     **Albuquerque, New Mexico**                John F. Robbenhaar, United States Magistrate Judge
                                                                                         *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MR 24-648 | Date and time warrant executed: 4/11/2024  7:35 AM | Copy of warrant and inventory left with: On kitchen table at residence |
| Inventory made in the presence of: HSI SAs Victor Avila and Daniel Meyfin | | |

Inventory of the property taken and name of any person(s) seized:

- Black Ray-Ban recording glasses (one pair)
- Fraudulent U.S. social security cards (2)
- Fraudulent U.S. Permanent Resident cards (2)
- Notebook containing ledgers (1)
- Blue Samsung cell phone (1)
- Black Samsung cell phone (1)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/12/2024

*Executing officer's signature*

Ryan Beck, HSI Special Agent
*Printed name and title*